UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ABUL CHOWDHURY, RASEL AHMED and JAHANGIR AHMED, individually and on behalf of others similarly situated,<br><br>                                    Plaintiffs,<br><br>- against -<br><br>TASTES ON THE FLY NEW YORK, LLC; FLIGHT CENTER HOTEL LLC, and any other related entities,<br><br>                                    Defendants. | **Case No.: 22-cv-2682-RPK-JRC**<br><br>**NOTICE OF ACCEPTANCE<br>OF OFFER OF JUDGMENT** |

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, the Plaintiffs, Abul Chowdhury, Rasel Ahmed, and Jahangir Ahmed, hereby accept and provide notice that they have accepted Defendant's Offer of Judgement dated March 6, 2023, and annexed hereto as **Exhibit A**.

Dated: Carle Place, New York  
         March 10, 2023

**LEEDS BROWN LAW, P.C.**

  /s/Brett R. Cohen_____  
Brett R. Cohen  
One Old Country Road, Suite 347  
Carle Place, New York 11514  
Tel: (516) 873-9550

*Attorneys for Plaintiffs*