# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

ABUL CHOWDHURY, RASEL AHMED and JAHANGIR AHMED, individually and on behalf of others similarly situated,

        Plaintiffs,

v.

TASTES ON THE FLY NEW YORK, LLC; FLIGHT CENTER HOTEL LLC, and any other related entities,

        Defendant.

Case No. 1:22-cv-02682-RPK-JRC

## **JUDGMENT**

IT IS HEREBY ORDERED, and ADJUDGED, that upon Plaintiffs' timely acceptance of Defendant's Offer of Judgment made in accordance with Rule 68 of the Federal Rules of Civil Procedure, the Clerk of Court is directed to enter full and final judgment in the total amount Twenty-Two Thousand Five Hundred Dollars and No Cents ($22,500.00) in favor of Plaintiffs Abul Chowdhury, Rasel Ahmed and Jahangir Ahmed and against Defendant Tastes on the Fly New York, LLC, in full and final resolution of Plaintiffs' claims arising from the Fair Labor Standards Act.  This judgment amount is inclusive of any damages, costs, fees, and interest that may otherwise be had in these claims.

Dated: March 13, 2023

    Brooklyn, New York

                              BRENNA B. MAHONEY
                              CLERK OF COURT
                              by: *Jalitza Poveda*
                                        Deputy Clerk